# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## Charlotte Division

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT OF ACQUITTAL |
| V. | |
| | CASE NUMBER: 3:10CR184 |
| WILLIE JERMAINE BREEDEN | |

    The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged and any bond exonerated.

Signed: February 15, 2011

Frank D. Whitney
United States District Judge